IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT L. KALE, M.D.                                    PLAINTIFF

v.                    CASE NO. 2:05-CV-2117

W. RAY JOUETT, ORMAN SIMMONS,
DAVID JACKS, BOBBYE DENNIS,
ANNE BRITTON, SUE CHAMBERS,
TREAT PIERCE, E.ELDON TOMMEY,
ALONZO WILLIAMS, JAMES ZINI,
WARREN DOUGLAS, and J.R. BAKER                          DEFENDANTS

## **JUDGMENT**

For the reasons set forth in an order filed herewith, Defendants' Motion to Dismiss (Doc. 2) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 16th day of March 2006.

                                    /s/Robert T. Dawson
                                    Robert T. Dawson
                                    United States District Judge